MAE M. COPE, Respondent, *v.* JOHN WANAMAKER OF NEW YORK, Appellant.

Submitted January 11, 1937; decided January 19, 1937.

*Benjamin Barondess* for motion.

*David Cohen* opposed.

Motion denied, with ten dollars costs.